NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


YORDAN ACOSTA-CORTINA,     )
         )
     Appellant,     )
         )
v.     )     Case No. 2D18-2100
         )
STATE OF FLORIDA,     )
         )
     Appellee.     )
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Louis G. Carres, West Palm Beach, and
Ronald S. Chapman, West Palm Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


     Affirmed.


NORTHCUTT, SILBERMAN, and BADALAMENTI, JJ., Concur.